UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Umi Judith Bey, Sui Juris
(Lex. Rel Judi Ventress- Pinkney)

Write appellation of each plaintiff.

**18** cv **11594**

(Include case number if one has been
assigned)

-against-

Judge Jean T. Schneider
Judge Machelle Sweeting
Honorable Heela D. Capell
See attached list of additional defendants

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No   with a jury
of my peers who are
also Moorish Americans

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

Judge Stoller

Judge Thermos

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☑ Diversity of Citizenship

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Violation of the 5th Amendment to the Constitution
for the united States

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what ~~State~~ Nation is each party a citizen?

The plaintiff, Umi Judith Bey, sui juris, is a citizen of
(Plaintiff's ~~name~~) appellation

Northwest Amexem / Morocco
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _Jean Schneider, et. al._ , are ~~is a~~ citizens of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Umi Judith Bey
            Appellation
C/o 341 West 24th Street, unit 2F
Street Address

New York                    New York              10011  Northwest Amexem
County, City                State                 Zip Code

347 520 4236                judi46l@gmail.com
Telephone Number            Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: 
Jean     Schneider
First Name     Last Name

Judge
Current Job Title (or other identifying information)

111 Centre Street
Current Work Address (or other address where defendant may be served)

New York    NY    100
County, City    State    Zip Code

Defendant 2:
Machelle    Sweeting
First Name     Last Name

Judge
Current Job Title (or other identifying information)

60 Lafayette Street
Current Work Address (or other address where defendant may be served)

New York    NY    10013
County, City    State    Zip Code

Defendant 3:
Heela    Capell
First Name     Last Name

Judge
Current Job Title (or other identifying information)

111 Centre Street
Current Work Address (or other address where defendant may be served)

New York, New York    10013
County, City    State    Zip Code

Page 4

Defendant 4: _See attached for additional defendants' information_

First Name            Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City         State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _Family Court and Civil Court_

Date(s) of occurrence: _Various dates( including 10/18, 10/19, 11/1_
_and 11/30/18 most recently )_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The named judges, acting judges, referees and or magistrates violated the 5thy Amendment to the Constitution for the United States of America.

The named judges, etc. did not produce their Oaths of Office. If indeed they did take an oath, they failed to uphold the Constitution and regard it as the Supreme Law of the Land.

They failed to answer Quo Warrantos and or Writs of Prohibitio and upon questioning did not produce their Delegation of Authority Orders.

Page 5

Judge Stoller
Judge Thermos
Civil Court - Housing
 111 Centre St.
   New York, NY 10013

The named judges, etc. in their subsequent actions, procedures, processes, judgements abrogated the Constitution for the united States by acting under the color of law and proceeding to cite inferior, de facto, colorable local codes, statutes, laws, and or ordinances; and, thus also violating USC title 18 sections 241 and 242.

See attached documents for more information.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Undue and unmitigated stress;
Overstepped their jurisdiction and boundaries into my domicile which created enoromous havoc; and
a huge Loss of MY TIME and ENERGY

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

15,000 units* per defendant.

* units may be gold or silver coin. A combination of federal reserve notes up to 49% is acceptable.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| December 7, 2018 | *All Rights Reserved / Umi Judith Bey  All Rights Reserved / Umi Judith Bey* |
| Dated | Plaintiff's Signature |
| Umi          Judith | Bey        Title |
| First ~~Name~~ Appellation   Middle ~~Initial~~ | Last ~~Name~~ Title |

C/o 341 West 24th Street , Unit 2F
Street Address

[ New York , New York 10011 ] Northwest Amexem
County, City          State          Zip Code

347 520 4236          judi461 @ gmail. com
Telephone Number          Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7





# Writ of Discovery

I, **Umi Judith Bey** (Ex Relation: JUDITH VENTRESS PINKNEY), being duly Affirmed, standing squarely, Declare and Proclaim, upon Divine Law; Nature's Law; Universal Law; Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

**I.S.L.A.M.**

To: Judge Schneider, Jean                    November 1, 2018
Civil Court - NY County
111 Centre St. Part P Rm 855
New York, New York 10013

From: Umi Judith Bey (EX REL: JUDI VENTRESS PINKNEY)
℅ 341 West 24th Street, Unit 2F
[New York, New York 10011] Northwest Amexum, Morocco
Re: Bill of Attainder

In order to prepare for my special appearance on November 30th in your court, I require your full answers to the following questions on or before November 15, 2018. To fail to answer any one question, is a failure to answer all questions. And, I require you to answer all.

You have the mailing information above. My questions to you are:

1) Do you have a verifiable, lawful claim against me?
2) Are you the trustee or the grantor in this case?
3) Do you have a Delegation of Authority Order? I require you submit your DOAO with your answers. If you do not, I require this case go before an Article III Judge.

Additionally, in reference to the alleged charge, what is *lawful* payment? And, can one discharge

In truth, justice, freedom, peace and love,

Respectfully, I AM **Umi Judith Bey, A Free and Sovereign Moorish American National.***

X _____ *Umi Judith Bey* _____   ~ All Rights Reserved  UCC 1-207, UCC 1-308~
**In Propria Persona (Not Pro Se Nor Colorable)  *Moors / Muurs: The Aboriginal and Indigenous Natural Peoples /
Natural Person of the Land; and True Inheritors of the Lands (Territories) - North America and South America, and the
Adjoining Islands Al Moroc / Ameru / Americana  - Northwest Amexem / North West Africa / Al Morocco.**

  

# The Moorish Divine and National Movement of the
# World De Jure Government, Northwest Amexem/North America,
# The true Al Moroccans/Americans

**To: Judge Jean Schneider**
Civil Court
111 Centre St.
New York, NY 10013

**From: Umi Judith Bey** (EX. REL JUDITH PINKNEY)
c/o 341 West 24th St. Unit 2F,
[New York territory, New York Republic 10011]
**Northwest Amexem**

**In Re: Writ of Discovery served November 7th 2018**
**USPS: 7018 1130 0000 4238 3166**

## Affidavit of Fact
## Notice of Default Judgment
Notice to the agent is notice to the principal. Notice to the Principal is notice to the agent. UCC 1-202.

**I, Umi Judith Bey,** *Sui Juris, In Propria Persona*, **being duly affirmed, standing squarely, proclaim, upon Divine Law, Nature's Law, Universal Law, Moorish Birthrights, International Law, and Constitutional Law say:**

### I.S.L.A.M.

In regards to matter regarding the estate of JUDITH PINKNEY, I, **Umi Judith Bey (ExRel JUDI VENTRESS/JUDITH PINKNEY),** on November 3rd, 2018 served you with a Writ of Discovery via **USPS number 7018 1130 0000 4238 3166** and the questions therein were not answered by the November 15th deadline. You were to provide your Delegation of Authority Order (D.O.A.O) from the unincorporated body politic known as the Congress for the United States of America per Article I and Article III of the American Constitution.

However, to date, November 29th, 2018, no answer was received as required by law:

*Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather should dismiss the action.* <u>Melo v. U.S.</u> 505 F 2d 1026.

*There is no discretion to ignore lack of jurisdiction.* <u>Joyce v. U.S.</u> 474 2D 215.

*The burden shifts to the court to prove jurisdiction.* <u>Rosemond v. Lambert</u>, 469 F 2d 416.

*Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted.* <u>Latana v. Hopper</u>, 102 F. 2d 188; Chicago v. New York 37 F Supp. 150.

You are in violation of the American Constitution of 1791, Article III and Article VI. I, **Umi Judith Bey** am not a *citizen* of the United States *corporation*, as defined in the **United States Codes Title 28 Chapter VI subchapter 176 § 3002 (15)(A).**

Per United States Codes Title 28 Part IV Chapter 85 § 1332 regarding *Diversity of citizenship, amount in controversy/ costs*, I compelled you to answer who gave you the lawful authority to adjudicate on such matters between myself, an Indigenous People and Moor. and the Mutual Redevelopment Corporation. Your failure to produce the appropriate instruments requested in the *Writ of Discovery dated November 1, 2018*, **require an immediate dismissal of this case and your services in this matter.** I now proclaim the cases *Ipso Facto* and *Ipso Jure dismissed* for *failure to provide proof of jurisdiction*. Any further action from your foreign corporation body politic against **Umi Judith Bey** will result in **acts of treason** in which any and all parties involved will be held liable under Treaty, Constitutional and International law violations.

Issued by my hand on the ___30th___ day of ___November___ , 2018 .

<u>**Notice to the Agent is Notice to the Principle. Notice to the Principle is Notice to the Agent.**</u>

UCC 1-202

*In love, truth, peace, freedom, justice, I AM, Umi Judith Bey.*

X _Umi Judith Bey_                                    Date: _Nov. 30, 2018_

A Free and Sovereign Moorish American National, Northwest Amexem / North West Africa / North America / Al Morocco ~ All Rights Reserved  UCC 1-308 **Aboriginal** / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable) *Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the  Adjoining Islands Al Moroc / Ameru / Americana)

**Civil Court of the City of New York**

County of NY

Part P

Index Number 68853/18

Motion Cal. # _____   Motion Seq. # _____

Mutual Redevelopment Houses Inc.

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

Umi Judith Berg aka Judith Pinkston

Defendant(s)/Respondent(s)

### DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | _____ |
| Order to Show Cause and Affidavits Annexed..... | _____ |
| Answering Affidavits ............................... | _____ |
| Replying Affidavits................................. | _____ |
| Exhibits ............................................ | _____ |
| Other............................................... | _____ |

Upon the foregoing cited papers, the Decision/Order on this Motion to ~~—~~ is as follows:

After trial, final judgment is directed in favor of petitioner and against respondent for $13,353.60. This sum includes an HVAC assessment, collectible as additional rent, of $1326.00, electrical charges, also collectible as additional rent of $390.58, and maintenance, also called carrying charges, of $11,637.02. In each case the numbers cover all charges through 11/30/18. Issuance of warrant stayed 5 days. Respondent challenged the courts jurisdiction in documents and in her oral presentation at trial. The court finds that it is authorized by ~~XXXX~~

Date _____

Judge, Civil Court _____

p. 1 of 2

CIV-GP-85 (Revised, September, 1999)

# Civil Court of the City of New York

County of _____

Part _____

Index Number _____ 68853/18

Motion Cal. # _____   Motion Seq. # _____

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | _____ |
| Order to Show Cause and Affidavits Annexed..... | _____ |
| Answering Affidavits .............................. | _____ |
| Replying Affidavits.................................. | _____ |
| Exhibits ............................................. | _____ |
| Other................................................. | _____ |

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

Defendant(s)/Respondent(s)

Upon the foregoing cited papers, the Decision/Order on this Motion to is as follows:

Section 110 of the NYC Civil Court Act to hear and to determine this case, that it has jurisdiction of the subject matter, and that it has jurisdiction over respondent's person based upon submission of an affidavit of service in proper form without any specific factual challenge. The court has not included in the judgment amount charges sought for a storage locker cable TV, late affidavit, or club fees) as it found no lease provisions allowing these charges to be collected as additional rent. Petitioner withdrew its claim for a repair charge without prejudice.

Date  11/30/18

Judge, Civil Court

P. 2 of 2

CIV-GP-85 (Revised, September, 1999)

HON. JEAN T. SCHNEIDER
CITYWIDE SUPERVISING JUDGE, HOUSING COURT
CIVIL COURT OF THE CITY OF NEW YORK
111 CENTRE STREET, ROOM 1137
NEW YORK, NEW YORK 10013

10011-152626



NEW YORK
NY 100
04 DEC '18
PM 4 L

FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 10013 $ 000.47⁰
02 4W
0000349906DEC 03 2018

Umi Quatth Bey
341 West 24th Street, Apt 2F
New York, NY 10011

*For information, visit our website at www.usps.com®*

NEW YORK, NY 10012

| Certified Mail Fee | |
|---|---|
| $ | $3.45 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

| Postage | |
|---|---|
| $ | $1.21 |
| Total Postage and Fees | |
| $ | $4.66 |

0028
27

Postmark
Here

09/16/2018

*Default Judgement*

Sent To  *Civil Court/Housing Attn: Cannataro/Razzaq*
Street and Apt. No., or PO Box No. *111 Centre St*
City, State, ZIP+4® *NY NY 10012*

PS Form 3800, April 2015          See Reverse for Instructions

7018 1130 0000 4238

7018 1130 0000 4238 3302





**National Movement of the World De Jure**
**Amexem/North America/ The North Gate**
**oples - Heirs of the Land - Al Moroccans/Americans**
**☩ ~ I.S.L.A.M. ~ ☩**

**To: Acting Judge Anthony Cannataro**                    **September 14, 2018**
and **Acting Chief Clerk Alia Razzaq**
Civil Court of the City of New York
Housing Court          7018 1130 0000 4238 3302
111 Centre Street
New York, NY 10012

**From: Umi Judith Bey**
c/o 341 West 24th St #2F, [New York territory, New York Republic 10011] Northwest Amexem

**In Re: Alleged case number: LT-068853-18/NY**

## Affidavit of Fact
## Notice of Default Judgment
Notice to the agent is notice to the principal. Notice to the Principal is notice to the agent. UCC 1-202.

**KNOW ALL MEN BY THESE PRESENTS, that the undersigned filed the *Quo Warranto* and *Writ of Prohibitio* with your corporation on August 29, 2018** for **Averment of Jurisdiction** in this matter, and **no answer has been provided to date.**

*Whereas*, I, **Umi Judith Bey, (ExRel JUDITH PINKNEY)**, am a Moor and an American National, and *not a citizen of the United States corporation*, as defined in the United States Codes Title 28 Chapter VI subchapter 176 § 3002 (15)(A), your court is in violation of the American Constitution of 1791, Article III and Article VI.

*Whereas*, you were required to answer *immediately* by certified mail-considering the immediacy of *your* **summons** to the estate to appear September 7, 2018- and to **provide your Delegation of Authority Order (D.O.A.O) from the unincorporated body politic known as the Congress for the United States of America**; per Article I and Article III of the American Constitution. Per United States Codes Title 28 Part IV Chapter 85 § 1332 regarding *Diversity of citizenship, amount in controversy/ costs.* You were required to answer and affirm: **Who gave you the lawful authority to adjudicate on such matters?** Your failure to produce the appropriate instrument regarding alleged case number: **LT-068853-18/NY** is now *Ipso Facto* and *Ipso Jure* **dismissed** for *failure to provide proof of jurisdiction*. Any further action from your foreign corporation body politic against **Umi Judith Bey (Ex Rel JUDITH PINKNEY)** will result in acts of treason in which any and all parties involved will be held liable under Treaty, Constitutional and International law violations. Notice to the agent is notice to the principal. Notice to the Principal is notice to the agent. UCC 1-202.

Issued by my hand on the 14th day of September 2018 – 1439 Moorish calendar year,
I am, Umi Judith Bey, Sui Juris, In Propria Persona

x ___*Umi Judith Bey*___ ___*September 14, 2018*___

~ All Rights Reserved  UCC 1-308~ *In Propria Persona* - (Not *Pro Se* Nor Colorable) *Moors / Muurs: The Aboriginal and Indigenous Natural Peoples / Natural Person of the Land; and True Inheritors of the Lands and Territories - Northwest Amexem
**Courtesy copies:**

*Judgement 7/14/18*
*a Writ of Writ of Probate 8/7/18*
*Writ of Execution / Writ of Assistance 8/29/18*

**Andrew Cuomo acting as Governor for the State of New York, NYS State Capitol Building, Albany, NY 12224**
7018 1130 0000 4238 3319

**Barbara Underwood acting as Attorney General for the State of Office of the Attorney General, The Capitol, Albany, NY 12224-0341**
7018 1130 0000 4238 3326

**Joseph Fucito, Sheriff of the City of New York, 30-10 Starr Avenue, Long Island City, NEW YORK 11101**
7018 1130 0000 4234 9148

*only the Default Judgement to Carmataire & Ragggg*

**Jefferson Beauregard Sessions III, acting Attorney General of the UNITED STATES. 950 Pennsylvania Avenue, NW Washington D.C. 20530-0001**
# 7018 1130 0000 4238 3289

**Bill DeBlasio, acting Mayor for the City of NEW YORK, C** *NY NY 10007*
7018 1130 0000 4238 3135

**Janet DiFiore Chief Magistrate, NEW YORK COUNTY District Court 57th Judicial District, 25 Beaver Street, New York, NY 10004**
7018 1130 0000 4242 1592

**Michael Schwartz, 330 West 38th Street #1204, NY. NY 10018**
7018 1130 0000 4238 325

*only Default Judgement to Carmataire & Ragggg*
*and to US Dept of Housing & HUD, Ben Carson, Secretary of HUD*
7018 1130 0000 4234 7571

*in her envelope has Default for Sweeting also. dated 5/24*

  

**Quo Warranto**
**Writ of Prohibitio**

To: Acting Judge Anthony Cannataro                         August 29, 2018
    Civil Court of the City of New York
    111 Centre Street
    New York, NY 10013
    USPS# 7018 1130 0000 4204 5590

    Alia Razzaq, Chief Clerk
    111 Centre Street
    New York, NY 10012
    USPS# 7018 0680 0001 1378 0675



RECEIVED
AUG 3 1 2018
NEW YORK COUNTY
HOUSING COURT

RE: Alleged Index Number: LT-068853-18/NY

From: Umi Judith Bey, *Sui Juris, In Propria Persona*

Being duly affirmed, standing squarely upon Divine Law, Nature's Law, Universal Law, Moorish Birthrights, International Law, and Constitutional Law, I Umi Judith Bey, proclaim and say:

I.S.L.A.M.

*Whereas*, I, Umi Judith Bey, ExRel JUDITH PINKNEY, am a Moor and *not a citizen* of the United States *corporation*, [*Corporation* - defined in the United States Codes Title 28 Chapter VI subchapter 176 § 3002 (15)(A)]; and,

Considering that I, **Umi Judith Bey**, distinguished from and *not to be identified as* JUDITH PINKNEY, am not one of your citizens nor residents, *diversity* is the *primal* issue at law.

*Whereas*, per United States Codes Title 28 Part IV Chapter 85 § 1332 *Diversity of citizenship; amount in controversy; costs:* <u>Only</u> <u>United States District Courts shall have original jurisdiction of all civil actions where the matter in controversy is between (1) citizens of different States; (2) citizens of a State and citizens or subjects of a foreign State, et cetera;</u> and, Title 28 Part IV Ch 85 § 1331 *The <u>District Courts</u> shall have original*

*jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.* **Therefore, this matter must be referred to the proper venue of an Article III Court.**

*However, in order for me to make Special Appearance on September 7, 2018 in your court,* you must **produce** *beforehand* by **certified mail** *your* **written Delegation of Authority Order** (DOAO) given to your office from the unincorporated body politic known as the Congress for the united States of America; **per the American Constitution of 1791, Articles I, III and VI.**

**Article I**
**Section 1.**
**All legislative powers herein granted shall be vested in a Congress of the United States,** which shall consist of a Senate and House of Representatives.
**Article III**
**Section 1.**
**The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress** *may from* *time to time ordain and establish.* The judges, both of the supreme and inferior courts, shall hold their offices during good behaviour, and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.
**Section 2.**
**The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;**--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.
**Article III**
**Section 2.**
This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; **and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land;** and the **Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.**
**Section 3.**
… and **all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution;** …
A
**Title 28 USC § 1604. Immunity of a foreign state from jurisdiction "Subject to existing international agreements to which the United States is a party at the time of enactment of this Act a foreign state shall be immune from the jurisdiction of the courts of the United States and of the States except as provided in sections 1605 to 1607 of this chapter. § 1605. General exceptions to the jurisdictional immunity of a foreign state "(a ) A foreign state shall not be immune from the jurisdiction of courts of the United States or of the States in any case— § 1607. Counterclaims "In any action brought by a foreign state, or in which a foreign state intervenes, in a court of the United States or of a State, the foreign state shall not be accorded immunity with respect to any counterclaim—**

*Whereas, if you proceed without verifying your jurisdiction in this matter and confirming that Housing Court is a proper venue,* **or without changing the venue, you are in violation of the American Constitution. I will seek remedy to the fullest extent of the law.**

**In truth, justice, freedom, peace and love,**

*Respectfully,* **I AM Umi Judith Bey, A Free and Sovereign Moor.**

X _Umi Judith Bey_         **Date:** _August 25, 2018_

~ All Rights Reserved *UCC 1-308~ In Propria Persona -* (Not *Pro Se* Nor Colorable) *Moors / Muurs: The Aboriginal and Indigenous Natural Peoples / Natural Person of the Land; and True Inheritors of the Lands and Territories - North America and South America, and the Adjoining Islands Al Moroc / Ameru / Americana - Northwest Amexem / North West Africa / Al Morocco.

## Writ of Execution
## Writ of Assistance

**HOWEVER, *IF* you choose to *immediately exercise your jurisdiction over the Plaintiff corporation Mutual Redevelopment Houses, Inc*, then, *be advised* that Brendan Keany, manager of Mutual Redevelopment Houses, Inc. and Civil Housing Court Part C were served an *Affidavit of Fact* and a *Writ of Notice* on May 17th-hand delivered to MRH and May 18th by Certified United States Postal Service (USPS) mail number (#) 7018 0360 0001 4049 7491 for Keany at 321 Eighth Ave, New York, New York 10001 and USPS# 7018 0680 0001 1386 8076 for Housing Court; and, Brendan Keany was given until May 31st 2018 to give a *valid, lawful rebuttal* but *did not* and *have not* provided *any rebuttal* to date.** (You now have a 2 copies of these documents in your file.)

In those documents, I proclaimed facts regarding *my status* and *my rights* according to Common Law and the Rights of Indigenous People; and, I posed legitimate questions with regards to their "3 Day payment" demand. **I gave Brendan Keany and Lisa Gluck until May 31, 2018 to reply with a valid and lawful rebuttal. To this present date, I never received a reply to my aforementioned Affidavit and Writ from either person.** *As of that date, May 31, 2018, my case with them was settled peacefully and judiciously.*

*Further, I served* **Brendan Keany, Manager and Lisa Gluck, Secretary of Mutual Redevelopment Houses, Inc. a Writ of Default Judgement on June 9, 2018 by certified mail USPS # 7018 0360 0001 2792 3753 and # 7018 0360 0001 2792 3760; on June 17, 2018 by certified mail USPS # 7018 1130 0000 4200 5174 (received by A. Boboye on June 22, 2018) and #7018 1130 0000 4200 5181 (received by Lori Burke on June 20, 2018); and, the 3rd and final time on June 29, 2018 by certified mail USPS # 7018 1130 0000 4200 6348. That Writ of Default Judgement, dated June 1, 2018 - 1439 Moorish calendar year,** *did, still does and will stand as fact in law stare decisis, res judicata.*

**I now present this Writ of Execution and Writ of Assistance for you to** *enforce* **the Writ of Default Judgement as** *stare decisis, res judicata to* **Brendan Keany, Lisa Gluck, et. al.**

**Due to** *non compliance, lack of evidence of an injured party,* **and** *lack of evidence of a lawful claim,* **this case - Alleged Index Number: LT-068853-18/NY is** *Ipso Facto* **and** *Ipso Jure* **dismissed, and you have the jurisdiction to issue a Writ to the Plaintiff confirming such.**

**Further, I, Umi Judith Bey,** *demand all parties related to* **Mutual Redevelopment Housing, Incorporated including but not limited to: Brendan Keany, Lisa Gluck, and Monika Zajac,** *Cease and Desist further communications regarding alleged money owed to the corporation.*

**A Writ of Cease and Desist was served to Brendan Keany (MRH), Carol Alt, (Housing Court), Michael Schwartz, et. al on May 23, 2018 USPS #7018 1130 0000 4204 5613, USPS # 7018 1130 0000 4204 5613 5630 and USPS # 7018 1130 0000 4204 5606 respectively.**

As well, take note: *The practice of Law CANNOT be licensed* by any state/State. <u>Schware v. Board of Examiners, 353 U.S. 238, 239.</u> Therefore, Mr. Schwartz, is to be advised to discontinue any communication with me, Umi Judith Bey, and or the ExRel JUDITH PINKNEY. He has no need to contact me or the ExRel JUDITH PINKNEY. Otherwise, such communication may be deemed harassment or fraud to which I shall seek appropriate remedy.

I look forward to your reply with your Oath of Office and Delegation of Authority; Notice of Change of Venue; or Notice of Res Judicata to Brendan Keany, Lisa Gluck, et al.

<u>Notice to the Agent is Notice to the Principle. Notice to the Principle is Notice to the Agent.</u>
UCC 1-202

In truth, justice, freedom, peace and love,

*Respectfully,* I AM Umi Judith Bey, A Free and Sovereign Moor.

X ___Umi Judith Bey_____ Date: *August 29, 2018*
~ All Rights Reserved UCC 1-308~ *In Propria Persona* - (Not *Pro Se* Nor Colorable)  *Moors / Muurs: The Aboriginal and Indigenous Natural Peoples / Natural Person of the Land; and True Inheritors of the Lands and Territories - North America and South America, and the Adjoining Islands Al Moroc / Ameru / Americana  - Northwest Amexem / North West Africa / Al Morocco.

Courtesy copies:

Andrew Cuomo acting as Governor for the State of New York, NYS State Capitol Building, Albany, NY 12224

Barbara Underwood acting as Attorney General for the State of Office of the Attorney General, The Capitol, Albany, NY 12224-0341

Joseph Fucito, Sheriff of the City of New York, 30-10 Starr Avenue, Long Island City, NEW YORK 11101

Jefferson Beauregard Sessions III, acting Attorney General of the UNITED STATES. 950 Pennsylvania Avenue, NW Washington D.C. 20530-0001

Bill DeBlasio, acting Mayor for the City of NEW YORK, City Hall, New York, NY 10007

Janet DiFiore Chief Magistrate, NEW YORK COUNTY District Court 57th Judicial District, 25 Beaver Street, New York, NY 10004

Michael Schwartz, 330 West 38th Street #1204, NY. NY 10018



*Conditionally by on accepted by Judith Bey on behalf of ExRel Umi Judith Bey Judith Pinkney See Quo Warranto and Writ of Prohibition*

Civil Court of the City of New York
111 Centre Street
New York, NY 10013

**Phone:** (646) 386-5730   **Fax:** (212) 374-8053
**WEB Site:** www.nycourts.gov/Housing
**Hours:** 8:30a-5:00p M,T,W,F - 8:30a-7:00p Th

Hon. Anthony Cannataro                                    Alia Razzaq
Administrative Judge                                         Chief Clerk

-------------------------------------------------------------------------------

### NOTICE

August 29, 2018

Judith Pinkney
355 8th Avenue Apt. 10E
New York, NY 10011

```
Mutual Redevelopment Houses, Inc.
          -against-
Judith Pinkney AKA Umi Judith Bey
```

**Index No:** LT-068853-18/NY                    **Calendar No:**

**PLEASE TAKE NOTICE** that your Landlord and Tenant case has been scheduled to
September 7, 2018 at 9:30 AM in Part Part D, Room 524 for all purposes .

You must appear and bring this notice with you.

                              Alia Razzaq
                              Chief Clerk

CC:   M. Schwartz Law, PC

*[Handwritten note at top of page:]* When you was received at the mailing address, a copy of my answer to their 3 DAY pay or quit and a copy of the Default Judgement sent to Brendan Keany June 2018 was sent BACK to KEANY AND A COPY OF THAT WAS FILED IN HOUSING COURT ON AUG 22, 2018

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF NEW YORK: HOUSING PART C**
-------------------------------------------------------------X

MUTUAL REDEVELOPMENT HOUSES, INC.,    L&T Index No.: _____/2018

                  Petitioner-Landlord,

    -against-    **NOTICE OF PETITION**
                                         **NON-PAYMENT DWELLING**
**JUDITH PINKNEY AKA UMI JUDITH BEY**    **COOPERATIVE CORPORATION**
341 W. 24th Street
Apartment 2F
New York, NY 10011,

                  Respondent(s)-Cooperator(s).

-------------------------------------------------------------X

        To the Respondents above named and described, in possession of the Premises hereinafter described or claiming possession thereof:

        **PLEASE TAKE NOTICE** that the annexed Petition of **MUTUAL REDEVELOPMENT HOUSES, INC.** verified on May 14, 2018, prays for a Final Judgment of Eviction, awarding to the Petitioner the possession of premises described as follows: All rooms, in Apartment 2F, in the premises located at 341 West 24th Street, County of New York, City and State of New York, as demanded in the Petition.

        **PLEASE TAKE FURTHER NOTICE** that demand is made in the Petition for judgment against you for the sum of at least $7,428.57 together with costs, disbursements and legal fees of this proceeding, with interest from the date said sum or part thereof became due.

        **PLEASE TAKE FURTHER NOTICE** that **WITHIN FIVE (5) DAYS** after service of this Notice of Petition upon you, you must answer, either orally before the Clerk of this Court at 111 Centre Street, Room 225, County of New York, City and State of New York, or in writing by serving a copy thereof upon the undersigned attorney for the Petitioner, and by filing the original of such answer, with proof of service thereof, in the Office of the Clerk. Your answer may set forth any defense or counterclaim you may have against the Petitioner. On receipt of your answer, the Clerk will fix and give notice of the date for trial or hearing which will be held not less than three (3) nor more than eight (8) days thereafter, at which you must appear. If, after the trial or hearing, judgment is rendered against you, the issuance of a warrant dispossessing you may, in the discretion of the Court, be stayed for FIVE (5) days from the date of such judgment.

        **PLEASE TAKE FURTHER NOTICE** that if you fail to interpose and establish any defense that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

ANSWER to 3 DIRTY MAY/QUIT

  

### THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
### AFFIDAVIT OF FACT

**I, Umi Judith Bey (Ex REL: JUDI VENTRESS and JUDITH PINKNEY)**, being duly Affirmed, standing squarely, Declare and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

### I.S.L.A.M.

I have the right to life, liberty, peace, physical and mental integrity, security of person, imperium and justice.

*"No state shall convert a liberty into a license, and charge a fee therefore."* (<u>Murdock v. Pennsylvania</u>, 319 U.S. 105)

*"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."* (<u>Shuttlesworth v. City of Birmingham, Alabama</u>, 373 U.S. 262).

As a Moorish American, my birthrights and God-given inalienable rights give me an inheritance from my ancestors which is the land. (see *"Name Declaration Correction"* [cover page] and *"Judicial Notice and Proclamation"* [see page 5] sent to your Manager, Brendan Keany c/o Mutual Redevelopment Houses, Inc, 321 Eighth Avenue, New York, New York 10001 on March 25, 2018) Thus, I invoke my rights as an Indigenous Person and *all* of the Rights of Indigenous People endorsed by President Obama namely:

### Article 2
**Indigenous peoples and individuals are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity.**

### Article 6
**Every indigenous individual has the right to a nationality.**
(So-called "Black" people or "African-Americans" are the only people *without* a "Nationality." Yet, we were the *first* people here. This landmass of North, Central and South America/Amexum is *our* inheritance. From Webster's Dictionary (1913): **A\*mer"i\*can** (à\*mēr"ĭ\*kɑn), *n.* A **native** of America; -- *originally applied to the aboriginal inhabitants*, but *now (erroneously)* applied to the descendants of Europeans born in America and especially to the citizens of the United States.)

1







**Affidavit of Fact**

**Writ of Default Judgement**

June 1, 2018

To: Brendan Keany, Manager
Mutual Redevelopment Houses, Inc.
321 Eighth Ave
New York, New York 10001

I, Umi Judith Bey (Ex REL: JUDI VENTRESS and JUDITH PINKNEY), being duly Affirmed, standing squarely, Declare and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:
I.S.L.A.M.

In reference to the *Affidavit of Fact* and *Writ of Notice* that I sent to you and to Lisa Chuck on May 18, 2018 to answer the *Three (3) Days' Demand for 'Rent' aka 'Maintenance' and/or 'Carrying Charges* that she sent to me, I respectfully submitted substantial information, three questions to answer and the option to refute by May 31, 2018 or consider this matter resolved and settled *peacefully and judiciously.*

To date, I have not received any correspondence from you, Brendan Keany nor Lisa Gluck rebutting the information I sent by US Postal Service May 18, 2018: U.S.P.S #7018 0360 0001 40497491 and hand delivered May 17, 2018 to MRH at 321 Eighth Ave, New York, New York 10001. Therefore, the *Affidavit of Fact and Writ of Notice* that was submitted will stand as fact in *law* stare decisis, res judicata.

**Notice to the Agent is Notice to the Principle. Notice to the Principle is Notice to the Agent.**

  

## Affidavit of Fact
## Writ of Cease and Desist



I, Umi Judith Bey (Ex Rel: JUDITH VENTRESS PINKNEY), being duly Affirmed, standing squarely, Declare and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

### I.S.L.A.M.

Date: August 17, 2018

To:
**Brendan Keany, Manager of Mutual Redevelopment Houses**
**Attorney Michael Schwartz**
**Carol Alt, Clerk of the Civil Court of New York City**

I am in receipt of a Petition dated: New York, New York May 14, 2018. (see attached)

I have a few questions:
What is this?
Why didn't I receive this in May?
and Why am I receiving this now?

I sent an answer to the **THREE (3) DAYS DEMAND FOR RENT on May 17th, 2018** (from Lisa Gluck, the Second Assistant Secretary at Mutual Redevelopment) as I had questions regarding the demand. Given that I had a right to have those questions answered before I proceeded with her demand and those questions were not answered in the timely manner given; Nor, were my claims in the Affidavit of Fact with facts of my rights rebutted, I followed with a Default Judgment *Stare Decisis* and *Res Judicata* on June 9, 2018 to Brendan Keany. Case closed. Again with no reply.
So, again, I ask *why am I receiving your correspondence now*?
I consider this harassment. You are to *cease and desist* from any further correspondences with me regarding this matter.

...y, I must point out that my correct appellation is Umi Judith Bey. I am a Natural Person. ALL CAPS is a corporate, ward-ship name and that I am not. To address me in any other manner is libel as you are attempting to redefine and insult who I say I am. To indicate I am a corporate, ward of the state is injurious to me. Cease and desist from addressing me in any other manner than **Umi Judith Bey**. Thank you in advance for your cooperation.

**Notice to the Agent is Notice to the Principle. Notice to the Principle is Notice to the Agent. UCC 1-202**

**In truth, justice, freedom, peace and love,**

Respectfully, I AM **Umi Judith Bey, A Free and Sovereign Moorish American National.\***

X  *Umi Judith Bey*                                    ~ All Rights Reserved  UCC 1-207, UCC 1-308~

*In Propria Persona* (Not Pro Se Nor Colorable)  \*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples / Natural Person of the Land; and True Inheritors of the Lands and Territories - North America and South America, and the Adjoining Islands Al Moroc / Ameru / Americana  - Northwest Amexem / North West Africa / Al Morocco.

Cc:

**Mayor Bill DeBlasio**
**Governor Andrew Cuomo**